UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br>Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION) et al., acting by and through the Foreign Representatives therof,<br><br>Plaintiffs,<br><br>- against –<br><br>THEODOR GGC AMSTERDAM, et al.,<br><br>Defendants. | Adv. Pro No. 10-03496<br><br>Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION) et al.,<br><br>Plaintiff,<br><br>- against –<br><br>DON CHIMANGO SA, *et al.*,<br><br>Defendants. | Adv. Pro No. 12-01298 (SMB) |

## CORPORATE OWNERSHIP STATEMENT

Defendant Don Chimango SA ("Don Chimango"), through its undersigned counsel, hereby certifies, pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, that other than a 100% family-owned trust, no corporation or entity owns 10% or more of a class of Don Chimango's equity interests.

-2-

Dated: January 27, 2017

                                  LOWENSTEIN SANDLER LLP

                            By: /s/ Amiad Kushner
                               Amiad M. Kushner
                               1251 Avenue of the Americas, 17th Fl.
                               New York, New York 10020
                               Telephone: (212) 262-6700
                               Facsimile: (212) 262-7402
                               *Attorneys for Don Chimango SA*

## EXHIBIT A

### **CERTIFICATE OF SERVICE**

I, Cruz de Leon, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2017

/s/     Cruz de Leon